## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MEDINA HOMES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-25-722-R** |
| | ) | |
| **ZURICH INSURANCE COMPANY, and** | ) | |
| **THRIVE INSURANCE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On December 17th, 2025, the Court held a Status Conference in chambers regarding the above-captioned case and the case of *Steadfast Insurance Company v. Medina Homes, LLC, et al*., Case No. CIV-25-689-R (the "Steadfast Case"). In the above-captioned case, Rex Travis of Travis Law Office appeared on behalf of Plaintiff Medina Homes, LLC ("Medina"). Richard Mancino of Wilkie Farr & Gallagher LLP and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., appeared on behalf of Defendant Zurich Insurance Company Ltd. ("ZIC"). Robert B. Houston with Gordon Rees Scully Mansukhani appeared on behalf of Defendant Thrive Insurance, Inc. ("Thrive"). With respect to the Steadfast Case, Kelsie Sullivan with McAfee & Taft appeared on behalf of Plaintiff Steadfast Insurance Company. Rex Travis appeared on behalf of Medina, which is also a Defendant in that action. Sheldon Smith with 222 Injury Lawyers appeared on behalf of Defendant Crystal Sprowl.

At the time of the Status Conference, multiple motions were fully briefed and remained pending before the Court in the above-captioned case. Specifically, on July 7,

1

2025, Thrive filed a Motion to Dismiss [Doc. No. 7].  On July 14, 2025, ZIC filed a Motion to Dismiss [Doc. No. 11]. On July 30, 2025, Medina filed a Motion to Remand [Doc. No. 14]. On October 13, 2025, Medina filed an Application to Submit Questions to the Oklahoma Supreme Court [Doc. No. 25]. On October 16, 2025, Medina filed a Motion for Leave to File Amended Complaint [Doc. No. 26].

At the Status Conference, the Court heard discussions from counsel regarding several of the aforementioned pending motions and directed counsel for ZIC and Thrive to prepare respective Orders memorializing the Court's rulings, including the agreement by the parties that both ZIC and Thrive would be dismissed from the above action. ZIC and Thrive have provided the Court with their proposed Orders. As a result, the Court ORDERS as follows:

ZIC and Thrive are hereby DISMISSED WITHOUT PREJUDICE from the above-captioned case. Per the Status Conference Minute Sheet entered on December 17, 2025, Medina shall have until January 9, 2026, to seek leave to assert additional claims against Steadfast or third-party claims against Zurich American Insurance Company or other parties.

With no Defendants remaining in this case, the five pending motions are now MOOT [Doc. Nos. 7, 11, 14, 25, 26]. This action is hereby DISMISSED WITHOUT PREJUDICE and the case is hereby CLOSED.

IT IS SO ORDERED this 8th day of January, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE